UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LINDSAY, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF TAFT,<br><br>　　　　　Defendant. | Case No. 1:14-CV-00817---JLT<br><br>**ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**(Doc. 4)** |

　　　　Before the Court is Defendant's request for an extension of time to file a responsive pleading. (Doc. 4)  Defendant explains that the parties have resolved this matter in principal and need additional time to finalize the agreement.  (Doc. 4 at 2)  Defendant represents that Plaintiff agrees to this request.  Id. Notably, given this is the first request for an extension of time, the Court's approval is not needed (L.R. 144(a)), however, it appears the request was filed because the stipulation was not completed timely.

///

///

///

///

///

///

1

In light of the Defendant's representations, the Court **GRANTS** the motion. (Doc. 4) Defendant SHALL file its responsive pleading **no later than August 15, 2014**.[1]

IT IS SO ORDERED.

Dated:  **July 18, 2014**                           /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Inexplicably, Defendant seems to believe this matter is assigned to District Judge England; it is not. As Defendant was advised at the onset of this case, a district judge from the Sacramento Division will be assigned to this matter but *only* if the parties decline to consent to magistrate judge jurisdiction. (Doc. 3-1) Given that settlement of this matter is imminent, the parties are advised that their failure to consent to magistrate judge jurisdiction will result in delay of the processing of a request to dismiss in order to allow time for a district judge in Sacramento to be assigned and to evaluate the request.