UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LINSDAY,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF TAFT,<br><br>        Defendant. | Case No.: 1:14-cv-00817 - ---- - JLT<br><br>ORDER TO DEFENDANT TO SHOW WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE A RESPONSIVE PLEADING AS REQUIRED BY THE COURT'S ORDER |

On July 18, 2014, Defendant requested an extension of time to file a responsive pleading, explaining that the parties resolved the matter in principal and needed additional time to finalize the agreement. (Doc. 4 at 2.) The Court granted Defendant's motion, and ordered Defendant to "file its responsive pleading **no later than August 15, 2014**." (Doc. 6 at 2, emphasis in original.) To date, Defendant has not filed its responsive pleading.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may impose sanctions for a party's failure to obey a court order or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992)

1

1  (imposing sanctions for the failure to comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d
2  128, 130 (9th Cir. 1987) (imposing sanctions for the failure to comply with a court order); *Henderson*
3  *v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (imposing sanctions for the plaintiff's failure to
4  prosecute and to comply with local rules).

5       Accordingly, Defendant is **ORDERED** to show cause within 14 days of the date of service of
6  this Order why sanctions should not be imposed for failure comply with the Court's order.
7  Alternatively, Defendant SHALL to file a responsive pleading within the same 14-day period.

9  IT IS SO ORDERED.

10     Dated:  **August 19, 2014**         **/s/ Jennifer L. Thurston**
11                                                   UNITED STATES MAGISTRATE JUDGE