UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LINSDAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF TAFT,<br><br>　　　　Defendant. | Case No.: 1:14-cv-00817 - --- - JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER AFTER NOTICE OF SETTLEMENT |

On July 11, 2014, Defendant requested an extension of time to file a responsive pleading, explaining that the parties resolved the matter in principal and needed additional time to finalize the agreement. (Doc. 4 at 2) The Court granted Defendant's motion, and ordered Defendant to "file its responsive pleading no later than August 15, 2014." (Doc. 6 at 2) When August 15, 2014 came and went without the filing of a responsive pleading, the Court ordered Defendant to show cause why sanctions should not be imposed for the failure. (Doc. 7)

In response, Defendant explains that on the date the responsive pleading was due, the parties circulated a finalized settlement agreement and, therefore, counsel did not think it necessary to file an answer. (Doc. 8) Counsel was correct but, of course, the Court had no information about the occurrence of a settlement[1] and, despite the requirements of Local Rule 160 for the parties to

---

[1] Moreover, given that Defendant requested the ability to file a delayed responsive pleading, despite the ongoing settlement talks (Doc. 4), like Defendant, the Court had little confidence settlement would actually occur.

1

"immediately file a notice of settlement," until Defendant filed its response to the order to show cause, the Court continued to be unaware that settlement had been achieved. However, Defendant now informs the Court the dismissal will occur by September 8, 2014. (Doc. 8 at 2)

Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The order to show cause is **DISCHARGED**;
2. The stipulated request for dismissal **SHALL** be filed no later than **September 8, 2014**;
3. In the stipulated dismissal, the parties **SHALL** indicate whether each consents to magistrate judge jurisdiction[2];
4. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **September 2, 2014**                    /s/ Jennifer L. Thurston
                                                 UNITED STATES MAGISTRATE JUDGE

---

[2] If the parties choose to consent, there will not be a delay in evaluating the stipulation to dismiss because a Sacramento-based district judge will not need to be assigned to the action.

2